

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2018

No. 04-18-00884-CR

Josue A. **DELGADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2683
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

The Appellant's Motion to Substitute Counsel is hereby GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2018.

_____
Keith E. Hottle
Clerk of Court